UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| TOMMY DANYSH, § § § Plaintiff, § VS. § § BP PRODUCTS NORTH AMERICA, § § Defendant. | CIVIL ACTION NO. 4:12-CV-3377 |

### FINAL JUDGMENT

For the reasons stated in Magistrate Judge Mary Milloy's Memorandum and Recommendation which was adopted by this Court by Order signed on October 16, 2014, this action is **DISMISSED.**

**THIS IS A FINAL JUDGMENT.**

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED on this the _5th_ day of November, 2014, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**